2012-24594
FILED
March 08, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004113571

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In re

**Jaime Ezzi**

Debtor(s).

Case No.

## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the Master Address List submitted for filing in this case *(please check and complete one)*:

[ ]   on computer diskette as "pure text" (not delimited) in a file named CREDITOR.SCN, listing a total of __ creditors, *[required with conventionally filed petitions prepared by an attorney or bankruptcy petition preparer]*

**OR**

[ ]   typed in scannable format on paper, consisting of ____ pages and listing a total of ____ creditors, *[only acceptable with conventionally filed petitions **not** prepared by an attorney or bankruptcy petition preparer]*

**OR**

[ X ]   electronically as "pure text" (not delimited) in a file with a .txt extension, listing a total of ___4__ creditors, *[required with electronically filed petitions]*

is a true, correct, and complete listing to the best of my (our) knowledge and belief.

I (we) acknowledge that the accuracy and completeness of the Master Address List is the shared responsibility of the debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any.

I (we) further acknowledge that the Court will rely on the Master Address List for all mailings, and that the various schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

DATED:   March  6, 2012                         /s/ Jaime Ezzi
                                                Debtor's Signature

EDC 2-100   (Rev. 10/2007)

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                Best Case Bankruptcy

Jaime Ezzi

Bank of america
PO Box 515503
Los Angeles, CA 90051

Bank of America
PO Box 301200
Los Angeles, CA 90030

Bank of America
P.O. Box 515503
Los Angeles, CA 90051

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850